UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION
R.A. LEBRON, ESQ.
YPN006
bankruptcy@fskslaw.com

**Order Filed on May 26, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KENNETH LARSEN

Debtor(s).

Case No.: 21-12639 SLM

Adv. No.:

Hearing Date: June 9, 2021

Judge: Honorable Stacey L. Meisel

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: May 26, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor(s):KENNETH LARSEN
Case No: 21-12639 SLM
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, as to certain real property known as <u>20 LAKESIDE TRL, KINNELON, NJ 07405</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. Secured Creditor acknowledges receipt of check no. 4671, dated April 30, 2021, in the amount of $2,431.00. These funds shall be applied to pre-petition arrears in the amount of $2,431.00.

2. The proof of claim filed on behalf of Secured Creditor on April 30, 2021 and identified as Claim Number 5 on the Claims Registry is hereby amended to reflect pre-petition arrears in the amount of $0.00.

3. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.