**Order Filed on June 25, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kenneth Larsen

| | |
|---|---|
| Case No.: | 21-12639 |
| Chapter: | 13 |
| Hearing Date: | 6/22/2021 |
| Judge: | Stacey L. Meisel |

## ORDER VACATING

## ORDER REINSTATING AUTOMATIC STAY FILED AT DOCKET No.34

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Reinstating Automatic Stay entered at docket No. 34

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated     6/22/2021    , be and the same is hereby vacated.

*revised 2/25/14*