**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** |
|  | **DISTRICT OF NEW JERSEY** |
| KENNETH LARSEN, | Case No.:  21-12639 SLM |
| Debtor |  |

**NOTICE OF RESERVE ON CLAIM**

Creditor:              ROBERT AND RENEE GIANNETI
Trustee Claim #:    8
Court Claim #:      8
Claimed Amount:   $15,950.00
Date Claim Filed:  07/13/2021

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

- Proof of Claim was not marked amended.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  July 19, 2021

By:   /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

KENNETH LARSEN
20 LAKESIDE TRAIL
KINNELON, NJ   07405

LEONARD R BOYER
BOYER COFFY LLC
970 CLIFTON AVE.
STE 201
CLIFTON, NJ   07013

SCURA WIGFIELD HEYER STEVENS AND CAMMAROTA LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ   07470

ROBERT AND RENEE GIANNETI
DAVID L. STEVENS, ESQ.
1599 HAMBURG TURNPIKE
WAYNE, NJ   07470