**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

KENNETH LARSEN

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  21-12639SLM**

**HEARING DATE:  08/11/2021 at 10:00 a.m.**

### TRUSTEE'S OBJECTION TO MOTION TO REINSTATE AUTOMATIC STAY

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to Motion to Reinstate Automatic Stay, respectfully objects as follows:

- There is no certification of the debtor in support of the motion.

- The certification of counsel has no evidentiary weight or support and is merely hearsay.

It is for these reasons that the Motion to Reinstate Automatic Stay should be denied.

Dated:  July 21, 2021

By:   /S/Marie-Ann Greenberg
   Marie-Ann Greenberg, Esquire
   Chapter 13 Standing Trustee