BOYER COFFY, LLC
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
Office No. 973-798-6131
Fax No. 201-503-8150

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Kenneth Larsen | Honorable Stacey L. Meisel |
|  | Case No: 21-12639 |
| Debtor, | Hearing Date: 8/11/21 @10am |

## CERTIFICATION OF DEBTOR

I, Kenneth Larsen, am the Debtor in this case and make this Certification, in support of my attorney's Motion to Reimpose the Automatic Stay as to all creditors.

My attorney Mr. Leonard R. Boyer, Esq., filed my 2nd Chapter 13 on or about March 31, 2021.

Due to Covid-19 I got laid off on March 16, 2020, so proceeded to file for unemployment benefits which took almost seven (7) to start receiving money, in the meantime my family helped me to pay my monthly mortgage trustee and other bills, unfortunately my wife was also out of work and again same thing she filed for unemployment benefits which also was delayed, we totally ran out of money and this is when I had no choice no money and stop making trustee payments.

My bankruptcy was dismissed for non-payment on February 10, 2021, I did everything in my power and had a family meeting put our heads and thoughts together and finally made the decision to file for bankruptcy so that we do not loose our family home.

I apologize to the Court and Trustee, however, Covid-19 turned everyone life upside down, I am presently looking for a job, in the meantime everyone is cooperating to make sure that all payments are made on time, in fact, I am presently one month ahead in payment with Trustee.

    I pray that Trustee and this Court will please allow our family to continue with our Chapter 13.

    I hereby certify that the foregoing statements made by me are true. I am aware that if any statements made by me is willfully false that I am subject to punishment.

Dated: July 22, 2021

_____
KENNETH LARSEN